# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>RYAN KIM,<br><br>                Defendant. | 1:20-cv-00318-NONE-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED ON MARCH 10, 2020**<br>**(ECF No. 9.)**<br><br>**ORDER RESOLVING MOTION TO PROCEED IN FORMA PAUPERIS**<br>**(ECF No. 2.)** |

Darrell D. Smith ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2020, the court entered findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied due to Plaintiff's ability to pay the $400.00 filing fee in full. (ECF No. 8.) On April 1, 2020, Plaintiff paid the $400.00 filing fee in full. (Court docket.)

In light of the fact that Plaintiff has paid the filing fee in full, the court shall withdraw the findings and recommendations issued on March 10, 2020.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations entered on March 10, 2020, are WITHDRAWN; and

1

2. Plaintiff's application to proceed *in forma pauperis*, filed on March 2, 2020, is RESOLVED.

IT IS SO ORDERED.

Dated: **April 3, 2020**        **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE