UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. SMITH,<br><br>        Plaintiff,<br><br>    vs.<br><br>RYAN KIM,<br><br>        Defendant. | 1:20-cv-00318-NONE-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 24.)**<br><br>**DEADLINE TO RESPOND TO COMPLAINT:**<br><br>      <u>**March 31, 2022**</u> |

      Darrell D. Smith ("Plaintiff") is a former state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 2, 2020. (ECF No. 1.) This case now proceeds against sole Defendant Ryan Kim ("Defendant") on Plaintiff's medical claim under the Eighth Amendment. On December 21, 2021, Defendant filed a request for extension of time to respond to the Complaint. (ECF No. 24.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant's request for extension of time is GRANTED;

2. Defendant is granted an extension of time until **March 31, 2022**, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **January 3, 2022**                    **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE