# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>RYAN KIM, et al.,<br><br>    Defendants. | **1:20-cv-00318-JLT-GSA-PC**<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 28.)**<br><br>**SIXTY-DAY DEADLINE** |

Darrell D. Smith ("Plaintiff") is a former state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds against sole Defendant Ryan Kim ("Defendant") on Plaintiff's medical claim under the Eighth Amendment. On March 30, 2022, Defendant filed a request for a 60-day extension of time to respond to the Complaint. (ECF No. 28.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant's request for extension of time, filed on March 30, 2022, is GRANTED;
2. Defendant is granted an extension of time until 60 days from the date of service of this order to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

  Dated:  **March 31, 2022**             **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE