UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RYAN KIM, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00318-JLT-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS**<br><br>**(ECF No. 32.)** |

　　　　Plaintiff Darrell D. Smith is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 9, 2023, Defendants filed a motion for summary judgment. (ECF No. 32.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.  Local Rule 230(*l*).

　　　　Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. If Plaintiff fails to comply with this order this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

　　Dated:   **March 3, 2023**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE