# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL D. SMITH,<br><br>           Plaintiff,<br><br>      vs.<br><br>RYAN KIM, et al.,<br><br>           Defendants. | No. 1:20-cv-00318-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 35.)<br><br>ORDER DISMISSING THIS CASE WITH PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Darrell D. Smith is a former state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2023, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to obey a court order and failure to prosecute. (Doc. 35.) Plaintiff was granted until May 26, 2023 in which to file objections to the findings and recommendations. (*Id.*) The May 26, 2023 date has passed, and Plaintiff has not filed objections, requested an extension of time, or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the magistrate judge on May 8, 2023 (Doc. 35), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, for Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

    Dated:   **June 12, 2023**

UNITED STATES DISTRICT JUDGE